# DEAN, & OTHERS,

*against*

# JOHN ANGUS.

## *JUDGEMENT ON THE MERITS.*

\* THE bill filed in this caufe ftates, That John Angus, being commander of the brig Hibernia, belonging to Jofeph Dean and others, did, on a certain day, without any licence, order, or authority from his owners, and without any probable caufe of capture, with a view to his own private intereft and emolument, combine and confederate with certain malefactors, and did purfue and take the brigantine Betfey, then in the poffeffion

of

---

\* SEE the Appendix for the exhibits in this caufe.

of Silas Talbot, commander of the floop Argo, as lawful prize and booty of war. And that the faid John Angus, not being ignorant of the premifes aforefaid, but well knowing the fame, and intending to deprive the faid Silas Talbot of his prize, and to defraud and injure, as much as in him lay, his owners, the libellants in this caufe, did caufe the brigantine Betfey to be fent to places unknown, &c. whereby fhe was loft, &c. The bill then goes on to ftate, That, for this caufe, the faid Silas Talbot did afterwards file his bill in this court againft the faid John Angus, and againft his owners, the prefent libellants, and alfo againft certain other perfons, in the faid bill named, for the wrong and injury done, and did, by the fentence and decree of this court, recover againft them the fum of £ 12,700 - 5 damages, with cofts of fuit. Whereupon, an appeal was entered to the honorable the High Court of Errors and Appeals of this commonwealth, in the profecution and final iffue whereof the faid Silas Talbot did recover againft the appellants

pellants the fum of £11,141 - 5 - 4, of which fum the libellants iu this caufe were compelled, and did actually pay the fum of £4000; and, alfo, that they had expended the further fum of £450 in defending themfelves againft the bill of the faid Silas Talbot, and in profecuting their faid appeal. Whereupon, they now pray judgment againft the faid John Angus, for reparation of the damage and lofs they have fo fuftained.

· I HAVE found it neceffary to the determination of the prefent queftion, to confider it under the three following points of view, viz.

1ft. How far the caufe, now before the court, may be confidered as connected with, or determined by, the decree in the cafe of Silas Talbot.

· 2d. UNDER what circumftances, owners of veffels ought to recover againft the captains they employ, for damages fuffered in confequence of their mifconduct. And,

· 3d. THE fpecific circumftances of the prefent cafe, as they ftand on the tefti-

mony;

N

mony; or, what is called the merits of
the caufe.

As to the firſt point—I can fee no con-
nection between this caufe and the cafe
of Silas Talbot, further than this, that as
it originates from the fame tranſaction,
to wit, a *taking a prize on the high feas*,
the jurifdiction is thereby determined.
In all other refpects, the two caufes pro-
ceed on different principles. The points
in view in Talbot's cafe were—how far
owners of veffels were anſwerable for
torts committed by the captains they em-
ploy; and whether the taking in queſti-
on was, in fact, fuch a tort, as they ought
to be anſwerable for. The objects in
the prefent cafe are—under what cir-
cumſtances, owners may recover againſt
their captains; and whether *Angus* was
or was not *particeps criminis*, with the
wrong-doers in Talbot's cafe. The com-
plexion of the two caufes being thus ma-
nifeſtly different, it cannot, with any
reafon, be admitted, that the teſtimony
or decree founded thereupon, in the
former, ſhould be concluſive in the pre-
fent

fent cafe. The decree in Talbot's cafe was againft certain perfons who, by ftipulation, had made themfelves refponfible for the iffue of that fuit. It is not inconfiftent with the record of that decree, for captain Angus, who was not one of thofe ftipulants, and who was no party to that fuit, to come in now, and make his fpecific defence, when perfonally called upon to anfwer, and fhew that he was not one of the wrong-doers *againft whom* that decree was obtained.

On the fecond point, viz. Under what circumftances owners of veffels ought to recover againft the captains they employ, for damages fuffered in confequence of their mifconduct—It is confonant with reafon and authority, that captains are not anfwerable for loffes arifing from unavoidable accidents, mere errors of judgment, or failure of fuccefs after having exercifed all reafonable diligence and difcretion. It would be very difficult, and is at prefent unneceffary, to delineate the particular circumftances, and kinds of mifconduct, which fhould

render

render a captain refponfible to his own-
ers. Every cafe that occurs, muft be
judged of by its own peculiar circum-
ftances. The prefent libel ftates, " That
" John Angus did, without any authori-
" ty from his owners, combine with cer-
" tain malefactors, and, without proba-
" ble caufe of capture, take the brig Bet-
" fey, then in the poffeffion of Silas Tal-
" bot, as prize and booty of war. And
" that he did this, not ignorantly, but
" well knowing the circumftances, and
" with a view to injure the faid Silas
" Talbot, and alfo his owners, as much
" as in him lay." If thefe charges are
fupported by the teftimony now before
the court, there can be no doubt but
that he ought to be anfwerable to his
owners for whatever they have fuffered
in confequence of this tranfaction.—

AND this leads to the third point, viz.
The confideration of the fpecific circum-
ftances of the cafe, as exhibited by the
teftimony ; or, the merits of the caufe.

THE facts, fo far as they refpect captain
Angus,

Angus, appear to be in fubftance as fol-
lows :

ANGUS failed on a trading voyage to
Teneriffe, in the armed letter of marque
brig Hibernia, in company with the brigs
Patty and Achilles, alfo letters of marque,
and bound to fome ports in Europe, un-
der the commands of captains Prole and
Thomfon. Angus had received written
inftructions from his owners (the prefent
libellants) to keep company with the
two brigs fo long as he fhould think it
prudent, and had their approbation to
cruife with them on the coaft for two or
three weeks, if they fhould fo agree. At
Reedy Ifland, in the Delaware, a conful-
tation was had between the three cap-
tains, and *Prole* was appointed commo-
dore. Two or three days after they had
got out to fea, they difcovered a brig and
a floop at a diftance. *Prole* gave orders
to chafe, which was done—Prole and
Thomfon, under Britifh colours, came
up with and took the brig ; but the Hi-
bernia, being a dull failor, was left four

or

or five miles aftern. When she came up, however, captain Angus enquired what the captured vessel was, and was informed by Prole or Thomson, that she was a good prize, bound from Montserrat to New York. To which Angus replied, that if the brig was prize, the sloop (then in fight) must be so too, and asked why one of their fast failing brigs did not pursue her. To which it was answered, that they did not chuse to leave the prize till they saw her well manned, and ordered him to chase the sloop; which he accordingly did for two or three leagues; but finding he could not come up with her, he haul'd his wind, and beat up again for the other brigs; but did not reach them till just before dark. Prole then sent a boat to Angus, demanding two of his hands to help man the prize, forwarding, at the same time, a paper for Angus to sign; which appears to have been orders drawn up by Prole, and signed by him and Thomson, for the prize master they had put on board the captured brig. Angus hasti-

ly

ly figned this paper on the binnacle, and fent the two men required. The wind then blowing very frefh, the fea running high, and the night coming on, the four brigs feparated, and faw each other no more.

FROM this detail it is manifeft, that Angus had no opportunity of acquiring information of thofe circumftances which were the ground of condemnation a-gainft the refpondents in the fuit of Silas Talbot. The affurance of Prole, the commodore, that the Betfey was good prize, was, in the then fituation of affairs, fufficient to convince Angus that there muft have been, at leaft, probable caufe of capture; and if the enterprize had been a fuccefsful one, which he had no fubftantial reafon to doubt, Angus would not have been juftifiable in neglecting any thing, on his part, to fecure to his owners a fhare of the booty taken, or to add thereto by endeavouring to take the floop alfo.

THE only circumftance which hath a direct

direct tendency to criminate captain Angus, is his figning the orders to the prize mafter put on board the Betfey, directing him to " keep to the fouth-" ward, for fear of falling in with the " Argo."—There are two ways in which this may, very naturally, be accounted for; neither of which are in the leaft contradicted by the teftimony, viz. that in the hurry of the tranfaction, the boat waiting alongfide, the fea rough, and night coming on, he figned thefe orders without reading them, having confidence in thofe who had drawn them up and figned before him; or, that, according to his firft conclufion, if the brig was prize, the floop muft be fo too, he ftill conceiv-ed the Argo to be an enemy, and there-fore to be avoided by the prize mafter.

BUT, without having recourfe to fur-mifes, I am clearly of opinion, that the libel is not fupported by the teftimony ; that is, there is not fufficient proof, that the refpondent " did wilfully and know-" ingly, and without probable caufe of " capture, join with others in taking
" from

" from Silas Talbot his prize and booty
" of war."

IT is manifeft, indeed, from the re-
cords of the Court of Appeals, that the
libellants have fuffered confiderable da-
mage, in confequence of this tranfaction
at fea. But, as they had embarked them-
felves in a fuit with real wrong-doers,
and fuffered judgment to go againft them
on general principles, without attempt-
ing a feparate defence, this is no reafon
why Angus fhould not now bring for-
ward that fpecific teftimony, with regard
to his own conduct, as may exculpate
him from the charges laid in the prefent
libel.

SOME ftrefs has been laid on a paffage
in the depofition of W—— D——, exhi-
bited in Talbot's caufe, tending to prove
that Angus was not fo ignorant of the
circumftances refpecting the Betfey and
Argo, as he pretends. The paffage is in
thefe words—" Afterwards captains Prole,
" Angus and Thomfon, in the prefence
" of this deponent, confulted what they
" fhould do with the brig Betfey, and

o                         " being

" being of opinion," &c. Whatever weight this depofition might have had in Talbot's fuit, it is inadmiffible in the prefent ; but I would obferve, that this circumftance is not fupported by any other teftimony on the records of this court ; on the contrary, from the general hiftory of the tranfaction, there feems to have been no period of time in which Angus could have left his veffel, or the other captains have been on board the Hibernia, to hold this confultation. D—— muft, therefore, have been miftaken. Indeed, this is not the only circumftance in which he is fingular. For, juft before, he fays—" The brigs Achilles and " Hibernia endeavoured to fpeak her " (meaning the Argo), but could not " come up with her. And upon the faid " Church's faying, that captain Talbot " was not a man that would run away " from one of them, if they would not " both chafe, the brig Achilles then chaf- " ed alone," &c.

Now, the whole current of teftimony agrees in this, that it was the Hibernia,
and

and not the Achilles, that chafed the Argo. And, as I remember, in fome ftages of Talbot's fuit, it was urged as a circumftance of aggravation againft the owners of the Hibernia, that their captain was employed in driving off the Argo, whilft his confederates were plundering her prize.

Thefe obfervations on D——'s depofition do not directly affect the prefent queftion ; but I mention them becaufe, if I could find any fubftantial ground to believe that Angus was indeed *particeps criminis* with Prole and Thomfon, or that he knew, or had any opportunity of knowing, the circumftances which fhould have prohibited them from making that unfortunate capture, I fhould not be fo clear, as I now am, in adjudging,

THAT the bill in this caufe be difmifs'd, and that the libellants pay the cofts of fuit.

---

*WHEREUPON*

*WHEREUPON* the libellants appeal-
ed ; and, after long argument, the Court
adjudg'd, in June, 1785, that John Angus
should pay to the libellants £.948 - 15 - 10,
with interest thereon from the twenty-second
day of January, 1785.